IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RANGEL-REYNEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GEORGE WIGEN, NORTHWEST DETENTION CENTER, GEO GROUP, INC., NEIL CLARK, Field Office Director,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 10-04219 JSW<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |

By Order dated October 14, 2010, and served on all parties, this Court set a Case Management Conference for January 7, 2011. The Order required that all parties appear through lead counsel or counsel sufficiently well versed in the matter to enable counsel to discuss all items referred to in the Order and with authority to enter stipulations, to make admissions, and to agree to further scheduling dates.

Plaintiff, Jesus Rangel-Reynel, who is appearing in this case *pro se*, failed to file a case management statement and failed to appear at the Case Management Conference on January 7, 2011 in violation of Civil L. R. 16-10(c). Accordingly, the Court hereby issues an ORDER TO SHOW CAUSE why the case should not be dismissed with prejudice for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Civil Local Rule 1-4, and the Court's inherent power.

Plaintiff Rangel-Reynel shall respond in writing to this Order as to why dismissal should not be so imposed by January 28, 2011.

**IT IS SO ORDERED.**

Dated: January 10, 2011

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JESUS RANGEL-REYNEL,

    Plaintiff,

  v.

GEORGE WIGEN et al,

    Defendant.

Case Number: CV10-04219 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesus Rangel-Reynel
Low Income Immigration Assistance
Immigration Public Justice-CCSC
P.O. Box 7102
Covington, WA 98042

Dated: January 10, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3