IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RANGEL-REYNEL,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE WIGEN, NORTHWEST DETENTION CENTER, GEO GROUP, INC., NEIL CLARK, Field Office Director,<br><br>    Defendants. | No. C 10-04219 JSW<br><br>**ORDER OF DISMISSAL** |

On January 10, 2011, this Court issued an order to show cause why this case should not be dismissed for failure to prosecute. Plaintiff, Jesus Rangel-Reynel, who appears in this case *pro se*, failed to file a case management statement and failed to appear at the Case Management Conference on January 7, 2011 in violation of Civil L. R. 16-10(c).

On January 28, 2011, Plaintiff Rangel-Reynel filed his response to the Court's order, indicating his intent not to prosecute the action here and his desire to have this matter heard in the Western District of Washington. Accordingly, this Court DISMISSES this action. Provided the claims are viable and not past the statute of limitations, Plaintiff may re-file his complaint before the Western District of Washington.

**IT IS SO ORDERED.**

Dated: 02/14/2011

                                       JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE